**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

              13 CR. 531 (RMB)

  -against-

              **ORDER**

GEORGE BERMEO,
                Defendant.
------------------------------------------------------------X

     In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Thursday, September 9, 2021 at 10:00 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

     Participants, members of the public and the press can use the following dial-in information:

     USA Toll-Free Number: (877) 336-1829
     Access Code: 6265989
     Security Code: 0531

Dated: September 1, 2021
       New York, NY

                                    _____
                                       RICHARD M. BERMAN
                                           U.S.D.J.