**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
UNITED STATES OF AMERICA,
     Government,

                     13 CR. 531 (RMB)

 -against-

                     **ORDER**

GEORGE BERMEO,
     Defendant.
-----------------------------------------------------------X

  The supervised release hearing previously scheduled for Thursday, September 9, 2021 at 10:00 AM is hereby rescheduled to 12:00 PM on the same date.

  In light of the continuing COVID-19 pandemic, the supervised release hearing is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

  Participants, members of the public and the press can use the following dial-in information:

  USA Toll-Free Number: (877) 336-1829
  Access Code: 6265989
  Security Code: 0531

Dated: September 2, 2021
   New York, NY

                     */s/ Richard M. Berman*
                     _____
                      RICHARD M. BERMAN
                        U.S.D.J.