UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

    -against-

GEORGE BERMEO,
                Defendant.
------------------------------------------------------------X

13 CR. 531 (RMB)

**ORDER**

In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Wednesday, December 22, 2021 at 10:00 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0531

Dated: December 16, 2021
       New York, NY

                                                _____
                                                    RICHARD M. BERMAN
                                                        U.S.D.J.