**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
UNITED STATES OF AMERICA,
                              Government,

                                                            13 CR. 531 (RMB)

              -against-
                                                            **ORDER**

GEORGE BERMEO,
                              Defendant.
-------------------------------------------------------------X


      Based upon the SDNY policy dated March 5, 2018 favoring early termination where

warranted, the factors of 18 U.S.C. § 3583(e)(1), and the record herein, and because

of Mr. Bermeo's dedicated compliance with supervised release, including, but not limited to, his

successful supervision, his steady employment and stable residence during the exceptionally

difficult circumstances brought about by the COVID-19 pandemic, the Court finds that an early

termination of supervised release effective December 22, 2021 is warranted. The Court also finds

that Mr. Bermeo has conducted himself in an exemplary and law abiding fashion and met the

requirements (conditions) of his supervision.  See transcript of proceedings held on December

22, 2021 for a complete record.

Dated: December 22, 2021
     New York, NY

_____
           RICHARD M. BERMAN
              U.S.D.J.

## <u>Certificate of Early Completion of Supervised Release</u>

*To acknowledge fulfillment of the terms and conditions of George Bermeo's supervised release, and his hard work and dedication, and achievements, the Court hereby terminates Mr. Bermeo's further supervised release obligations in accordance with*
*18 U.S.C. § 3583(e)(1).*
*Congratulations for a job well done.*

*Richard M. Berman*

December 22, 2021

Richard M. Berman
U.S. District Judge